UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02645-FLA-PD                                        Date: December 17, 2025

Title:   *Antwone E. McKnight v. Riverside Police Department*

Present: The Honorable:   Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why Action Should Not Be Dismissed for Plaintiff's Failure to Update the Docket with His Current Address**

  On November 14, 2025, the Court issued an Order on Request to Proceed In Forma Pauperis.  Dkt. No. 9.  On November 24, 2025, the Court's Order addressed to Plaintiff at the address listed by Plaintiff on the docket, 9057 Indiana Avenue, Apt. E, Riverside, CA 92503, was returned from the United States Postal Service with the notations "RETURN TO SENDER— NOT DELIVERABLE AS ADDRESSED—UNABLE TO FORWARD."  Dkt. No. 10.

  Local Rule 41-6 requires that a "party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02645-FLA-PD                    Date: December 17, 2025

Title:   _Antwone E. McKnight v. Riverside Police Department_

    The Court previously cautioned Plaintiff that he must keep the Court apprised of his address at all times and that his failure to do so may result in the case being dismissed for failure to prosecute.  _See_ Dkt. No. 4.  _See also_ Local Rule 83-2.4; Local Rule 41-6.

    Accordingly, Plaintiff is ordered to provide a current address to the Court no later than **January 7, 2026**.

    **Failure to file a timely response to this Order as directed above will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rules of Civil Procedure 41(b).**

IT IS SO ORDERED.