JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE E. MCKNIGHT,<br><br>                    Plaintiff,<br><br>        v.<br><br>RIVERSIDE POLICE DEPARTMENT,<br><br>                    Defendant. | Case No. 5:25-cv-02645-FLA (PD)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, judgment is hereby ENTERED dismissing this action without prejudice.

IT IS SO ORDERED.

Dated: February 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge